GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: PETER ARONOFF
    JEANNETTE A. VARGAS
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2697/2678
peter.aronoff@usdoj.gov
jeannette.vargas@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL GIST,<br><br>                Plaintiff,<br><br>    v.<br><br>DR. DIANE SOMMER, et al.,<br><br>                Defendants. | **ECF CASE**<br><br>No. 14 Civ. 6736 (VB) |

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and all prior proceedings hereto, defendants Captain Matthew Whinnery, Assistant Health Services Administrator Bryan Walls, and the former FCI Otisville Warden, Monica Recktenwald, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court under Federal Rule of Civil Procedure 60(b) and Local Civil Rule 6.3 for reconsideration of the order denying their motion for summary judgment.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rules 6.1(b) and 6.3, any opposition papers must be served on counsel for defendants by March 23, 2020.

| | | |
|---|---|---|
| Dated: | March 9, 2020<br>New York, New York | Respectfully submitted,<br><br>GEOFFREY S. BERMAN<br>United States Attorney for the<br>Southern District of New York |
| | By: | */s/ Jeannette A. Vargas*<br>PETER ARONOFF<br>JEANNETTE A. VARGAS<br>Assistant United States Attorneys<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Tel.: (212) 637-2697/2678<br>Fax: (212) 637-2686<br>peter.aronoff@usdoj.gov<br>jeannette.vargas@usdoj.gov |

TO: Charles Cohen, Vilia Hayes, Tina Schaefer
     Counsel for the Plaintiff
     By ECF