UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL GIST, <br><br>                      Plaintiff, <br><br>v. <br><br>DR. DIANE SOMMER, et al., <br><br>                      Defendants. | No. 14 Civ. 6736 (VB) |

## NOTICE OF APPEAL

Notice is hereby given that Bryan Walls, a defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on February 24, 2020 (Dkt. No. 269) that, inter alia, denied Walls qualified immunity, and the Court's July 9, 2020 Order denying Walls' motion for reconsideration thereof (Dkt. No. 283), for the reasons stated on the record at a conference on the same date.

Dated:    September 4, 2020  
             New York, New York

Respectfully submitted,

AUDREY STRAUSS  
Acting United States Attorney for the  
Southern District of New York

By:   */s/ Peter Aronoff*  
      PETER ARONOFF  
      Assistant United States Attorney  
      86 Chambers Street, Third Floor  
      New York, New York 10007  
      Tel.: (212) 637-2697  
      Fax: (212) 637-2686  
      peter.aronoff@usdoj.gov

TO: Clerk of Court
United States Court of Appeals for the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

Charles W. Cohen
Vilia B. Hayes
Danielle Rosen
Webster Dean McBride
Tina Schaefer
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
*Pro bono attorneys for plaintiff*