UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DARRELL GIST,
                Plaintiff,

v.

DR. DIANE SOMMERS, and ASSISTANT
HEALTH SERVICES ADMINISTRATOR
BRYAN WALLS,
                Defendants.
--------------------------------------------------------------x

**ORDER**

14 CV 6736 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 14, 2021

As discussed at a telephone conference held on October 14, 2021, attended by counsel for all parties, the parties have reached a settlement in this case.

Accordingly, it is HEREBY ORDERED that:

By **November 30, 2021**, the parties shall either file a stipulation of dismissal or a further status report on settlement.

Dated: October 14, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge